UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA CAMPANALE, et al.,

    Plaintiffs,

v.                                            Case No. 8:11-CV-2490-T-35EAJ

CAPITAL ONE SERVICES, LLC,

    Defendant.
_____/

## ORDER

Motion:     Plaintiffs' **Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion for Partial Dismissal** (Dkt. 19).

Filing Date:     April 13, 2012.

Disposition:     **GRANTED**. Plaintiffs may file a response to Defendant's motion for partial dismissal (Dkt. 18) on or before April 20, 2012.

**DONE AND ORDERED** in Tampa, Florida on this 18th day of April, 2012.

ELIZABETH A JENKINS
United States Magistrate Judge