**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TINA CAMPANALE and
JACK CAMPANALE
individuals,                                                          Case No.: 8:11-cv-2490-MSS-EAJ

      Plaintiffs,

v.

CAPITAL ONE SERVICES, LLC,
a foreign limited liability company,

      Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiffs, TINA and JACK CAMPANALE (hereinafter collectively "Plaintiffs"), by and through their undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submit this *Notice of Pending Settlement* and state:

1. Plaintiffs and Defendant, CAPITAL ONE SERVICES, LLC (hereinafter "Defendant"), have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendant's counsel and Defendant has no objection to the relief sought.

Submitted this 23rd day of July 2012.

Respectfully Submitted,

**LEAVENGOOD & NASH**

/s/ Ian R. Leavengood
**Ian R. Leavengood, Esq., FBN 10167**
**LEAD TRIAL COUNSEL**
**Christopher C. Nash, Esq., FBN 135046**
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
cnash@leavenlaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished either electronically or by U.S. Mail this 23rd day of July 2012 to:

Christy T. Nash
Attorney for Defendant
Burr Forman
200 S. Orange Avenue, Suite 800
Orlando, FL 32801

/s/ Ian R. Leavengood
Attorney