UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA CAMPANALE and
JACK CAMPANALE
individuals,                                                                    Case No.: 8:11-cv-2490-MSS-EAJ

      Plaintiffs,

v.

CAPITAL ONE SERVICES, LLC,
a foreign limited liability company,

      Defendant.
_____/

NOTICE OF SETTLEMENT AND
STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiffs, Tina Campanale and Jack Campanale ("Plaintiffs"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiffs' settlement with Capital One Services, LLC ("Defendant"), Plaintiffs state as follows:

1. A confidential settlement has been reached between Plaintiffs and Defendant in the above-styled case.

2. Plaintiffs' claims are being dismissed with prejudice.

3. The Parties shall bear their own attorney's fees and costs, subject to the settlement provisions that any Plaintiffs' attorneys' fees and costs shall be paid from any settlement.

4. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has

consulted with the office of Defendant's counsel and Defendant's counsel has no objection to the relief sought.

Submitted this 14th day of September 2012.

>Respectfully Submitted,
>
>**LEAVENGOOD & NASH**
>
>/s/ Ian R. Leavengood
>**Ian R. Leavengood, Esq., FBN 0010167**
>3900 First Street North, Suite 100
>St. Petersburg, FL 33703
>Phone: (727) 327-3328
>Fax: (727) 327-3305
>ileavengood@leavenlaw.com
>Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* has been furnished either electronically or by U.S. Mail this 14th day of September 2012 to:

Christy T. Nash
Attorney for Defendant
Burr Forman
200 S. Orange Avenue, Suite 800
Orlando, FL 32801

>/s/ Ian R. Leavengood
>Attorney